# Exhibit A

Honorable Stephen V. Wilson
United States District Judge
350 W. 1st Street, Courtroom 10A
Los Angeles, CA  90012

Carlos L. Juarez
████████████████████
Los Angeles, CA  90042

Dear Judge Wilson:

My Name is Carlos L. Juarez and I am an Educator with the Los Angeles Unified School District.  Currently, I am working as a Prevention/Intervention Coordinator in the Historic South Central neighborhood of Los Angeles.  This is my 16th year with the school district and previously I spent 13 years in the classroom in the middle school.  Previously, I spent 17 years working for a large insurance company and 6 years in the United States Marine Corps Reserve.  Additionally, I am a veteran having served in Desert Shield/Storm. In my personal life I am a Father of two daughters and have a 8 year old grandson.   That being said I feel my role as a community member is to maintain a high standard as a professional and provide modeling and guidance to the youth of the community.

About 8 years ago I worked at Studio Middle School in Glassell Park and I was one of Mr. Castillo's teacher for the 6th and 7th grade school years.  It was a smaller school averaging 300 students.  I mention this because as a teacher you really get to know your students and work with them closely.  During this time I was Mr. Castillo's reading, writing, and history teacher.  What stood out about Mr. Castillo was how easily things came to him.  While many of his peers struggle in reading Mr. Castillo demonstrated great reading comprehension and a natural ability to write.

Like many others in his peer group during their "tween years"  students find themselves distracted by friends and getting relaxed about their work.  I can remember calling Mr. Castillo's father in for a personal conference regarding his relaxed efforts in class.  As a result of this conference two things stood out to me.  Number one is that his father was involved and concerned in Mr. Castillo's behavior, effort, and overall performance in class.  Not surprising, but it stood out.

Next, as we chatted his father gave me his business card and I noted that he was a musician.  I asked him about it and he mentioned it's a family business.  I used that information to ask Johnny questions here and there and simply to connect with him outside of school work.   Often, we engaged and it took on a natural back and forth about what kind of weekend he had.  I thought this was appropriate since our school had music and dance electives that required some stage presence.  From a general perspective, it was apparent that Mr. Castillo had a family that cared about his education and simply shared time with his family.

Exhibit A p. 1

Consequently, it is my belief that taking a natural interest along with teaming up with the support at home that made for a smooth relationship with Mr. Castillo in classroom and this provided continuity for the rest of his 6th and 7th grade years.

Once Mr. Castillo moved on to High School we maintained a relationship and communication because his High School was on the same campus and I would see him on campus almost daily and every now and then we would check in about how things were going. I can remember one day Mr. Castillo mentioning to me that he is taking interest in Hip Hop Rap and at the time this came to some surprise to me. I always thought of Mr. Castillo as a shy and reserved student. Clearly, what was happening is he was starting to come out of his shell. As time passed I made a transition to my current school where I've been for 3 years and no in the beginning of my fourth year. That being said, most of my communication with Mr. Castillo has mostly been through social media and via text communication. It was during this communication that I noticed Mr. Castillo promoting hooded sweatshirts he was selling and I reached out and made a purchase. Mr. Castillo brought the sweatshirts to me where he mentioned his current situation without going into too much detail and I listened.

Undoubtedly, this came to me as a surprise. My interaction with Mr. Castillo has always been pleasant and seeing him transition from a shy and reserved middle school student to a confident and creative young man was pleasant to say the least. It certainly reminds me of what can be achieved by any student. In this case, someone can bring their capacity to write and share their narrative through music. Also, integrating the skill sets that he learned and participated with his father's musical group.

Mr. Castillo has always been a courteous, receptive, and respectful young man. Another thing that has always stood out to me was how Mr. Castillo has maintained a close personal bond with his childhood friends. I learned about this during those middle school years because there was a good size group of them that came from grade school together and those bonds have continued today.

Overall, I am writing this letter to share my connection with Mr. Castillo and I ask the courts to consider his character and his capacity for growth and to move in a positive direction. Mr. Castillo is a positive and motivated young man. Perfect? No, I've never met a perfect person, but he has so much potential and with his interest in music I was seeing that manifest. I will say Mr. Castillo has impacted simply by his work ethic and capacity to live out a dream of being a performer through his recording.

Please feel free to contact me directly if you have any additional questions.

Respectfully,

Carlos L. Juarez
LAUSD Educator
213-███████

Exhibit A p. 2

# Exhibit B

Honorable Stephen V. Wilson
United States District Judge
350 W. 1st, Courtroom 10A Los Ángeles, CA 90012

Dear Judge Wilson,

My Name is Johnny Castillo, I am 18 years old and I come from a poor family who migrated to this country for a better life. My father is from Mexico, and he is a hard worker, he always did what he had to do to put food on the table. My mother is from El Salvador, she was a stay at home mom making sure we were fed and out of trouble.

I always looked up to my dad because he knew how to do many things. He knew how to play the piano, fix cars and manage a whole band all by himself. As a kid he taught me many things so I would be smart and not rely on other people. His love for music quickly left a mark on me because when I was high school I started to make my own music doing everything all by myself. I could say my dad was the father figure any kid would want, he always supported me in things I had passion for and I knew I could come to him with my problems. As a child I always wanted to be something great, make my family proud and prove to them that I can be successful. My dream as a little kid was always to be able to provide for my family and make them feel like they didn't migrate to this country for nothing. When I would go to school I always had the mindset to get good grades and graduate because I knew that would be the first step to being able to provide for my family.

I grew up in Glassell Park, a community where everyone knew everyone.  I had a lot of family members who lived there also so I knew I had to support my family in my community.  I always surrounded myself with people with goals,manners and respect. Around the age 15 my parents separated and I didn't know how to cope with it because my parents were always together my whole life. Due to my dad moving far and not seeing him as much caused me to feel like I had to step up and get my own money to provide for myself because nobody else was going to do it. Due to the separation it caused me to make decisions without thinking of the consequences. My mother was recently diagnosed with a heart condition and I can't afford to lose my mother. She's been depressed and praying for me ever since this incident happened. She calls me crying in disbelief that her son could face time in prison. My parents didn't come from much, they migrated into this country and one of my goals was to fix their papers so that they can be American Citizens and have more opportunities in life. I just want to be able to continue with my music career and clothing career so that I can make my parents' dreams come true.

Being put on pretrial supervision has made me realize that there's a lot more to life than to be locked up wasting time. During my time on supervision I've started to exercise to better my health due to being depressed and stressed out about my situation. I've stuck more to god and I'm currently in the process of joining trade school because I want to learn a skill and actually do something with my life and most importantly learn from my mistakes. I have a lot of family and friends that pray for me everyday and hope that I can wake up from this nightmare. I also have a passion for music and I am also an entrepreneur. I have my own clothing brand and soon to be

Exhibit B, p. 1

a record label. There's not a lot of people that can do what I do and I take a lot of pride in that because I was taught to be creative and never give up. I believed that when you're young you're bound to make mistakes and as you grow older you learn from them. This was a case of not thinking about the consequences before taking an action. Despite the mistakes I made in my life. This mistake that I am in court was by far the dumbest mistake I made in my entire life. I never wanted to hurt nobody and I never imagined my life inside a prison. I always told myself I would never end up there. Everyday I have to live with this nightmare. I've been in regret and disbelief and extremely disappointed in myself everyday. I was never a full time drug dealer. This is something I would do to feed my addiction also. All in all, my deepest condolences go to the victims family. This is something I will carry with me for the rest of my life and I will stop anyone doing the same or in the same situation to stop because all of this wasn't worth it. I need the family to understand that I'm not a killer, I never meant to harm anyone. I wish I could've done things differently. I feel like I haven't even got to live life yet. I want to be able to prove to the judge and court that it was a mistake and mistake done out of character. I've already lost myself during the process of this case and seen more than enough what it's like to be a prisoner. I hope the Family affected by this can forgive me for the pain I've caused. I am not a flight risk to the community and I'm an upstanding citizen. It is my sincere hope that the court and judge take this letter into consideration at the time of sentencing.

Thank you.

Your Sincerely, Johnny Castillo

Exhibit B, p. 2

Exhibit C



Exhibit C