CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
LISA LABARRE (Bar No. 246429)
(E-Mail: Lisa_LaBarre@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1476
Facsimile: (213) 894-0081

Attorneys for Defendant
JOHNNY CASTILLO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY CASTILLO,<br><br>　　　　Defendant. | Case No. CR 21-570-SVW<br><br>**LETTERS IN SUPPORT OF JOHNNY CASTILLO**<br><br>Sentencing Date: February 27, 2023<br>Sentencing Time: 11:00 a.m. |

　　　　Defendant Johnny Castillo, by and through his counsel of record, Deputy Federal Public Defender Lisa LaBarre, submits the attached character letters in support of Johnny Castillo.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: February 21, 2023　　　By　/s/ Lisa LaBarre
　　　　　　　　　　　　　　　　　　LISA LABARRE
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for Johnny Castillo

# CHARACTER LETTERS

- Letter from Jhonik Castillo Camacho, father [translated]
- Letter from Maria Flores, mother [translated]
- Letter from Sophia Gamboa, girlfriend
- Letter from Angel Rodriguez, oldest brother
- Letter from Adrian Martinez, friend
- Letter from Edgar Martinez, friend
- Examples of branded clothing from Mr. Castillo's clothing brand, Big Body Steppers

T R A N S L A T I O N

Dear Honorable Judge Wilson:

My name is Jhonik Castillo Camacho, father of Johnny Castillo Jr.

I want to give you a brief summary and describe what my son Johnny's life has been like. My son's birth brought a lot of joy to our home as he is the first born of my 3 children. Johnny was a very cheerful child who showed signs of intelligence early. He liked to go to the park to play soccer and play the piano. He earned excellent grades in school and liked to help when his friends did not understand something in school. I was so proud in high school when the teacher said "Congratulations, you have a very intelligent son". He liked to dress well and liked to have neat shoes. As his father, I was very proud of my son. I always gave him good advice and told him that he should always be helpful to others and respect everyone, including his elders. Whenever he saw an older person carrying heavy bags he would offer to help them without expecting anything in return.

We went to church regularly on Sundays because we were trying to instill good values and help him connect to Our Lord in this world. Johnny reached adolescence and started to write the lyrics to songs with his own music and he was very excited about his music projects. He has several videos on different platforms, and that made me feel proud that he was doing things right. He was starting his own clothing brand also.

His mother and I began to have problems, like any other couple. We then decided to separated but we didn't stop to think that along with hurting each other, we were also hurting our own children. Johnny, as well as his two younger siblings, was affected and hurt to see his parents separated. I think this led to Johnny having depression and he lost his way out of what was before his of normal life. Johnny dropped out of school and unfortunately, my son then fell into the hands of unscrupulous people who led him astray.

I sincerely apologize to the parents and siblings of the person affected, the person with whom my son has this problem.

I as a father, these terrible facts are very painful for me, as they also are for my son Johnny, his mother and his siblings. This is also a nightmare for us. My son is not a bad person. He is a good-hearted young man who has no evil in his heart. If only my son could get another opportunity, I am sure my son would walk the straight path. I can see his regret in his eyes, he wants to continue on with his plans to write his music and he can work with me while he waits for an opportunity to come his way; he dreams of making it in the world of music.

Your Honor, as a father I would never wish you to find yourself in a situation such as ours, the one our son Johnny and we, his parents, are living today. That's why I pray to God that he enlighten you and touch your heart so that you can make a fair decision about my son Johnny Jr.'s future. Thank you.🙏🙏    trn:mdm

respetable y honorable Juez Wilson.
Mi nombre Jhonik Castillo Camacho
padre de johnny castillo Jr
en resumen breve describiré la vida
de lo que ha sido la vida de mi hijo johnny.
el Día del Nacimiento de mi hijo trajo mucha alegría a Nuestro hogar ya que es el primero de mis 3 hijos..
johnny fue un Niño muy alegre que desde
niño dio muestras de inteligencia.
le gustaba ir al parque a jugar fútbol soccer
le gustaba tocar piano.
en la escuela sacaba excelentes calificaciones y le gustaba ayudar a sus amigos cuando no entendían algo de la escuela..en la high school me daba orgullo
cuando el maestro me dijo lo felicito usted tiene un hijo muy inteligente..le gustaba vestirse bien y era muy cuidadoso de no tener sucios sus zapatos..yo como padre me sentía orgulloso de mi hijo,siempre le di buenos concejos y le decía que siempre
ayudará y respetara a todas las personas
incluyendo a sus mayores,que cuando el mirara que una persona adulta llevaba bolsas pesadas que el se acomidiera ayudar sin esperar nada a cambio.
los domingos nos íbamos todos a la iglesia pues estábamos tratando de inculcarles buenos modales y estar a pegado a la palabra de nuestro padre Dios.
johnny llegó a la adolescencia y comenzó
a escribir sus canciones y hacia su propia música,el andaba muy ilusionado con sus
proyectos de la musica..tiene varios videos en las plataformas y eso me llenaba de orgullo que el estaba haciendo bien las cosas..el estaba haciendo su propia marca de ropa tambien..entre su mamá y yo teníamos problemas como cualquier pareja y decidimos separados y no pensamos que entre las patas también estábamos haciendo daño a Nuetros hijos.
a johnny le dolió mucho ver a sus padres
separados al igual que a los 2 más chicos.
pienso que a johnny esto lo llevo a la depresión y perdió el rumbo de lo que era su vida normal..johnny dejo el Colegio y desafortunadamente
mi hijo cayó en manos de jentes sin escrúpulos que lo invitaron al mal camino..
Pido perdón a los padres y hermanos de la persona afectada y por la cual mi hijo tiene este problema..
estos terribles hechos a mi como padre sufro al igual que mi hijo johnny jr y su mamá y sus
hermanos,para nosotros esto es una pesadilla también..mi hijo no es una persona mala es un niño noble que no tiene maldad en su corazón..si tan solo le pudieran dar una sola oportunidad a mi hijo estoy bien seguro que mi hijo tomaría el camino del bien ya que yo puedo ver en sus ojos su arrepentimiento,el seguiría con sus planes de su música y trabajaría conmigo mientras le llegaba una buena oportunidad en lo que el sueña con ser una persona famosa dentro del ambiente musical.
por eso señor Juez usted que también es padre nunca usted quisiera estar en una situación como la que hoy mi hijo y nosotros sus padres estamos pasando..por eso señor Juez pido a mi padre Dios que le ilumine su mente y su Corazón a usted para que usted pueda
tomar una decisión justa sobre el futuro de mi hijo johnny Jr..Gracias.

TRANSLATION

Dear Honorable Judge:

I, Maria Flores, am the mother of Johnny Jr.

I am going to tell you a little about my son's life. As a child, Johnny was cheerful, and he liked soccer, music and school; he's always been a very intelligent boy. I saw Johnny suffer a lot when I separated from his father, the separation was very painful for him. I could see his sadness and he stopped minding me. Because he felt lonely, he began to develop friendships with people who srted to get him to be out on the street doing who knows what. I did not like it because before that my son had been very enthusiastic about getting his degree. I felt guilty for the decision Johnny made to drop out of school.

My son was a good son, he wasn't disrespectful to people, and he always helped anyone in need. Junior was designing his own designs for a brand of clothing he was starting. Unfortunately, Junior began spending time with people who led him down the wrong path. His father always gave him advice and told him to behave well and to help people without expecting anything in return.

I ask for forgiveness from the people involved and for whom my son is accused. I, his mother, as well as his siblings, we are all very sad about this situation and thinking what may happen [to Johnny]. I ask forgiveness of the other people affected to whom my son may have caused harm without meaning to.

Your Honor, I am asking you to take compassion on my son and give him a second chance.

Thank you, Your Honor, I place all my faith in your and in my Lord God's hands so that you will make a just and humane decision.

Yo maría Flores madre de Johnny Jr
Voy a contar un poco de la vida de mi hijo.
Jr desde niño fue muy divertido le gustaba el fútbol,la música y la escuela..siempre ha sido un niño muy inteligente..al separarme de su papá vi que Jr sufro mucho la separación,lo veía triste y comenzó a desobedecerme..a raíz de que se sentía solo el se relaciono con jente que lo comenzó invitar a la calle y hacer no se que..Jr dejó el colegio y eso no me gustó ya que yo veía a mi hijo muy entusiasmado con sacar una carrera..yo me sentí culpable por la decisión que Jr había tomado de ya no estudiar..mi hijo en un buen niño que no le falta el respeto a las personas y siempre ayuda a quien necesita..Jr estaba haciendo sus propios diseños para una marca de ropa que el estaba confesionando..desafortunadamente Jr se enredo con personas que lo llevaron por el mal camino,su papá siempre lo aconsejaba que se portara bien y ayudata a las personas sin recibir nada a cambio..
Pido perdón a las personas involucradas y por lo cual se le acusa a mi hijo..yo como madre me siento muy triste de pensar lo que pueda pasar al igual que sus hermanos se encuentran tristes por esta situacion..le pido perdón a las personas involucradas a las cuales mi hijo pudo hacerles daño inconscientemente..
Le pido señor juez que Considere darle una segunda oportunidad a mi hijo,se que .Gracias señor juez en sus manos y las manos de mi Padre Dios pongo toda mi fe pera que usted tome una decisión. Justa e humana..

Sophia Gamboa

███████████  Los Angeles ca 90032

To the Honorable Judge Stephen V. Wilson,

I have known Johnny Castillo for almost 4 years and I've been his girlfriend for 3 years. When I heard from Johnny about the news of this case my heart dropped because out of all the time I've known Johnny I never would have ever thought he would be in such a serious situation like this

Johnny has always been a good person at heart and a very hard worker, he loves working on his car, being with his family, playing games with his little brothers, spending time with Myla (our puppy we raised together for 2 years) and of course spending time with me, he has always been there for me even on days I made it clear he didn't have to.

In addition to mine and Johnny's relationship this whole case has had a big toll on the way we view our future together. on a deeper note, around the time we found out about the unfortunate tragedy I also had found out I was pregnant with Johnny's baby and due to us both not knowing if he will end up in jail or not I made a decision to terminate my pregnancy something I never imagined myself doing especially with someone I truly love. I've seen the way Johnny's life has been changing ever since this case began, he has been very depressed and has told me many times he wishes he could go back and fix everything I know johnny hasn't done jail time yet but out of all the months he's been on house arrest it has definitely made him rethink his future and hope for a second chance to strive for a better outcome.

I really hope the court takes my letter into consideration, despite the current case I strongly believe if and when given a second chance Johnny will make the best of it and will prove himself not only for the judge, for himself but for his family, his friends, for me, and for the life unfortunately lost.

February 15, 2023

Ángel Rodríguez

To Whom It May Concern,
My name is Angel Rodriguez, and I am Johnny Castillo's oldest brother. I am the oldest out of 5 kids (all boys by the way). Growing up I had to be and act like a parental guidance to my younger brothers. Considering that my step-dad (Johnny's biological dad) was working long hours to keep up with the bills and my mom busy with cleaning and cooking. I had to grow up fast so my brothers wouldn't have to, so they can enjoy their time as a kid before responsibilities came their way. Growing up with Johnny and Miguel (the second oldest) was a lot of fun. Johnny was so innocent. He loved school and the extracurricular activities he would do at school and at home. As we got older, Miguel and Johnny's bond grew stronger while I was trying to be a grown up for them and making sure they do well in school and help around the house. My mom didn't understand English that well when she came to U.S., so once I knew how to speak English and my brothers started going to school I would help them with their homework. In many homes there are always problems and our home was no different. We all saw violence from a very young age in our home and in our neighborhood. No matter what would happen I tried my very best in trying to keep Johnny on a straight path. For me, I couldn't handle the problems I had with my mom anymore. I moved out and moved in with my dad the second I turned 18 leaving my brothers behind. After that day everything went downhill even faster. My mom was going out more and drinking more, our mom and Johnny's dad had broken up, leaving Miguel and Johnny to take care of the 2 smallest brothers. Every time I went to visit they would tell me what was going on in the house and there would be good days but then bad days and then even worse days. My brothers and my mom fighting everyday about every little thing. Unfortunately that would push my other brother Miguel away for awhile. He moved out and didn't come back for a year. Leaving Johnny at the age of 16-17 taking caring of his brothers. I believe he didn't know what to do. Everyone he looked up to left him in the house of troubles. I believe when that happened he knew he had to change his attitude and not enjoy his teenage years anymore he had to be someone who can get his own things and provide for himself and his brothers. Growing up, Johnny had the biggest smile on his face every time he saw his family. He was never aggressive with anyone, he did his homework and his chores with fuss, he loved everyone and everything, but of course life happens and things change. Johnny did go down the wrong path but I really believe when given the second chance he would not waste it. I moved back in with mom, after her heart problems started. Johnny, Miguel, and myself help around the house and with the 2 youngest brothers. I really believe with me living with him again he really wants to change his life around. If given the opportunity to let him stay at home with the whole family there will be a good outcome. I hope you give my brother a second chance.
Sincerely yours,

 Angel Rodriguez

Honorable Stephen V. Wilson
United States district judge
350 W. 1st street, courtroom

Adrian Martinez
███████████
Los Angeles,CA 90065

Dear judge Wilson,

My name is Adrian Martinez and I am a college student at East Los Angeles College. I have known Johnny Castillo for a little over a decade now. Johnny and I grew up together with the same interests in skateboarding and music all throughout elementary school , middle school, and high school. As we transitioned from middle school to high school Johnny became very motivated in pursuing his career in the music industry. I remember Johnny even got a part time job at a fast food restaurant to pay for his music equipment and studio time. Aside from his passion for music Johnny has always been a very responsible person, he was the first one in our friend group to have a car but he was not using his car like a regular teenage high schooler would. Johnny would take his younger siblings too school and pick them up after school and was never late. Johnny managed to maintain perfect attendance all through middle school and high school because he refused to be irresponsible and use the excuse of not having reliable transportation to not make it to school. As junior year came along in high school I arranged a plan with my school in order for me to graduate one year early from high school by taking extra classes. To my surprise Johnny also chose to do the same and we were stuck working twice as hard for a whole year with half our year having to go through the trouble of doing our classes via zoom because of the pandemic. Despite all the hardships, Johnny and I managed to graduate high school one year early. I wanted to give up and just abort the plan but I would listen to Johnny go on about how he can't wait to graduate in order to make his parents happy and how he wanted to set a positive example for his younger brothers. Mr Castillo would always remind me to do my homework and would actually check to see if I did my homework because he wanted us to both achieve our goal and prove everyone who doubted us wrong. Johnny's positive visions pushed me to the limits to help me achieve my goal and I am forever thankful to have such a caring and motivating best friend. Overall Johnny is a very caring, responsible, and motivated person. Once he sets his mind to something there is no stopping him till he achieves his goal. With that mindset and vision that Johnny has it looks like he is going to be the next upcoming musical success story coming out of Los Angeles. With that being said I am writing my personal connections with Johnny in hopes of getting the courts to see who Johnny Castillo really is. Johnny is young and has a long life ahead of him with plenty of room for improvement. Thank you for hearing me out and I hope this letter helps out my childhood friend Johnny Castillo move past this tough time and learn from it.

Honerable Stephen V. Wilson
United States District Judge
350 W. 1st Street Courtroom 10A
Los Angeles, CA 90012
Edgar Velazquez

███████████████
Los Angeles, CA 90065

February 13, 2023

My name is Edgar Velazquez and I am a friend of Johnny Castillo. I met him through my little brother. Johnny and my brother have been real good friends since elementary school, always hanging out after school. Johnny was the first one to get a car in highschool. He would always look out for my brother and give him rides to and from school. Johnny would always offer to help his friends in any way he was able to. Johnny and I became close when he started to make music. We both had some knowledge with producing, mixing and mastering, and making beats from scratch. Whatever didn't know how to do in the music studio Johnny would teach me, and whatever he didn't know how to do I would teach him. We quickly built a bond simply through music, all I can say is that Johnny gets really creative when he is the studio working on his songs, he's always so picky about how his music are being mixed, he always wanted everything to be on point. Johnny was able to build his own platform of audience in a matter of months, shows to prove how dedicated he is with his music career. Me and all of our friends supported and motivated johnny to keep striving with this music because we all knew how talented he was. Johnny didnt just stick to music he also gave the fashion industry a try by starting his own clothing brand. He started off designing a hoodies with his own logo and different color ways which sold quite quickly. From my experiences with Johnny I can say he is a very creative and dedicated person in anything he does. From graduating highschool a year early to pursuing his music career and always made sure his mother and siblings never needed anything. I ask the court to view Johnny as the person he is a very responsible, brilliant, and loving person.
Sincerely,
Edgar Velazquez






