UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

UNITED STATES OF AMERICA, )
                                 Plaintiff, )
                                 vs.      ) Case No. 2:21-CR-00570-SVW-1
JOHNNY CASTILLO, ) Los Angeles, California
                                 ) September 22, 2022
                        Defendant. ) (11:37 a.m. to 11:42 a.m.)

POST-INDICTMENT ARRAIGNMENT

BEFORE THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES: See Next Page

COURT REPORTER: Recorded, CourtSmart

COURTROOM DEPUTY: James Munoz

TRANSCRIBER: Dorothy Babykin
Courthouse Services
1218 Valebrook Place
Glendora, California  91740
(626) 963-0566

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

1  APPEARANCES:

2

3  FOR PLAINTIFF UNITED STATES OF AMERICA:

4  TRACY WILKISON
   UNITED STATES ATTORNEY
   BY:  ALIX MC KENNA
5  ASSISTANT UNITED STATES ATTORNEY
   312 NORTH SPRING STREET
6  LOS ANGELES, CALIFORNIA  90012

7

8  FOR DEFENDANT JOHNNY CASTILLO:

   OFFICE OF THE FEDERAL PUBLIC DEFENDER
9  BY:  LISA LA BARRE
   DEPUTY FEDERAL PUBLIC DEFENDER
10 321 EAST 2ND STREET
   LOS ANGELES, CALIFORNIA  90012

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I N D E X

2:21-CR-00570-SVW-1                                       SEPTEMBER 22, 2022

PROCEEDINGS: POST-INDICTMENT ARRAIGNMENT

| | |
|---|---|
| 1 | LOS ANGELES, CALIFORNIA; SEPTEMBER 22, 2022; 11:37 A.M. |
| 2 | THE COURT: UNITED STATES VERSUS JOHNNY CASTILLO. |
| 3 | THE CASE IS CR 21-570. |
| 4 | WHO'S HERE FOR THE GOVERNMENT? |
| 5 | MS. MC KENNA: GOOD MORNING, YOUR HONOR. |
| 6 | ALIX MC KENNA FOR THE GOVERNMENT. |
| 7 | THE COURT: MS. MC KENNA, CAN I HAVE YOU AT THE LECTERN |
| 8 | SO THAT THE DEFENSE CAN SEE YOU. |
| 9 | AND I'LL TURN ON THAT CAMERA HOPEFULLY. |
| 10 | MS. LA BARRE: GOOD MORNING, YOUR HONOR. |
| 11 | LISA LA BARRE ON BEHALF OF JOHNNY CASTILLO, WHO IS |
| 12 | PRESENT BY VTC. |
| 13 | THE COURT: ALL RIGHT. |
| 14 | GOOD MORNING, MS. LA BARRE. |
| 15 | AND, MR. CASTILLO, GOOD MORNING. THIS IS JUDGE WILNER. |
| 16 | ARE YOU ABLE TO SEE ME AND HEAR ME ON THE VIDEO TODAY? |
| 17 | THE DEFENDANT: YES. |
| 18 | THE COURT: OKAY. AND I CAN SEE AND HEAR YOU. |
| 19 | WHERE ARE YOU RIGHT NOW, SIR? |
| 20 | THE DEFENDANT: I'M IN MY HOUSE. |
| 21 | THE COURT: ARE YOU IN THE BATHROOM? |
| 22 | THE DEFENDANT: YEAH. |
| 23 | THE COURT: YEAH. I SEE THE TOWELS BEHIND YOU. IF IT'S A |
| 24 | SAFE, QUITE PLACE. THAT'S FINE WITH ME. |
| 25 | THANKS VERY MUCH FOR TAKING CARE OF THAT. |

1          OKAY. THE MATTER IS ON FOR A FIRST INDICTMENT
2  ARRAIGNMENT.
3          AND, MS. LA BARRE, THANKS VERY MUCH FOR VERY QUICKLY
4  GETTING A FORM IN TO ME.
5          AND MR. CASTILLO, YOU HAVE THE RIGHT TO ATTEND YOUR
6  HEARINGS IN COURT IN PERSON. BUT I HAVE A FORM HERE INDICATING
7  THAT FOR TODAY'S PURPOSES YOU'VE AGREED TO APPEAR BY VIDEO SO
8  THAT YOU CAN STAY -- STAY AT HOME. AND WE CAN ALL BE DISTANCED.
9          SO THANKS VERY MUCH FOR TAKING CARE OF THAT.
10         ALL RIGHT. I UNDERSTAND THAT THIS IS AN ARRAIGNMENT ON A
11 SUPERSEDING INFORMATION.
12         IS THAT CORRECT?
13         MS. LA BARRE: YES.
14         MS. MC KENNA: THAT IS CORRECT, YOUR HONOR.
15         THE COURT: OKAY.
16         ALL RIGHT. MR. CASTILLO, AT SOME POINT BEFORE COURT
17 BEGAN DID YOU SEE AND SIGN A WRITTEN STATEMENT OF YOUR RIGHTS
18 IN THIS CASE?
19         THE DEFENDANT: YES.
20         THE COURT: OKAY. AND BEFORE COURT BEGAN AT SOME
21 POINT DID YOU HAVE A CHANCE TO REVIEW THE NEW CHARGING
22 DOCUMENT, WHICH IS CALLED THE "FIRST SUPERSEDING INFORMATION"?
23         DID YOU HAVE A CHANCE TO REVIEW THAT AND GO OVER THAT
24 WITH YOUR LAWYER?
25         THE DEFENDANT: YES.

1          THE COURT: OKAY. YOU HAVE THE RIGHT TO HAVE ME READ OR
2    SUMMARIZE THAT DOCUMENT FOR YOU HERE IN OPEN COURT. BUT IF
3    YOU THINK YOU'RE OKAY, I DON'T HAVE TO DO THAT FOR YOU.
4          DO YOU THINK YOU'RE OKAY?
5          THE DEFENDANT: YES.
6          THE COURT: ALL RIGHT.
7          NOW, THIS CHARGING DOCUMENT IS CALLED AN "INFORMATION."
8    WHAT THAT MEANS IS THAT IT WAS SIGNED BY THE UNITED STATES
9    ATTORNEY'S REPRESENTATIVE.
10         YOU HAVE THE RIGHT, THOUGH, TO HAVE YOUR CASE CHARGED
11   BY INDICTMENT, WHICH IS A DIFFERENT FORM OF A CRIMINAL CHARGE,
12   AFTER HAVING BEEN PRESENTED TO A GRAND JURY OF FOLKS IN OUR
13   COMMUNITY WHO WERE CONVENED TO HEAR WHETHER THERE WAS
14   ENOUGH EVIDENCE TO DEMONSTRATE PROBABLE CAUSE.
15         YOU HAVE THE RIGHT TO HAVE YOUR CASE PRESENTED TO A
16   GRAND JURY. BUT IT'S A RIGHT THAT YOU CAN GIVE UP. AND IT MAY
17   MAKE SENSE FOR YOU TO GIVE UP ONLY YOUR RIGHT TO GRAND JURY
18   PROCEEDINGS.
19         I HAVE A FORM HERE INDICATING THAT YOU AND YOUR LAWYER
20   HAVE AGREED TO WAIVE ONLY YOUR RIGHT TO HAVE THIS CASE
21   PRESENTED TO A GRAND JURY.
22         IS THAT WHAT YOU'D LIKE TO DO HERE TODAY, SIR?
23         THE DEFENDANT: YES, SIR.
24         THE COURT: ALL RIGHT.
25         AND YOU HAD A CHANCE TO TALK TO MS. LA BARRE, YOUR

```
 1    DEFENSE LAWYER, ABOUT GIVING UP JUST THAT RIGHT, CORRECT?
 2              THE DEFENDANT:  CORRECT.
 3              THE COURT:  ALL RIGHT.
 4              MS. LA BARRE, DO YOU JOIN IN THE WAIVER OF THE GRAND
 5    JURY?
 6              MS. LA BARRE:  I DO, YOUR HONOR.
 7              THE COURT:  AND IS THIS IN YOUR CLIENT'S BEST INTERESTS?
 8              MS. LA BARRE:  YES.
 9              THE COURT:  ALL RIGHT.
10              THEN, I ACCEPT THE WAIVER.  I FIND IT TO BE KNOWING AND
11    VOLUNTARY.
12              LET ME JUST WRITE DOWN THE DATE.
13              OKAY.  THAT'S FINE.
14              ALL RIGHT.  THEN, MOVING ON.  IT'S MY UNDERSTANDING THAT
15    IN ADDITION TO THE INFORMATION BEING FILED, THERE IS A PLEA
16    AGREEMENT IN THIS CASE?
17              IS THAT CORRECT, MS. MC KENNA?
18              MS. MC KENNA:  YES, YOUR HONOR.
19              THE COURT:  ALL RIGHT.
20              SO, WHAT I'M GOING TO DO IS I'M GOING TO LET THE PARTIES
21    KNOW THIS CASE HAS BEEN ASSIGNED TO THE CALENDAR OF THE UNITED
22    STATES DISTRICT JUDGE STEPHEN V. WILSON, W-I-L-S-O-N.
23              AND ALTHOUGH THERE MAY BE A CHANGE OF PLEA COMING,
24    THE INSTRUCTION FROM JUDGE WILSON IS THAT I TAKE A NOT-GUILTY
25    PLEA FOR THE TIME BEING FROM MR. CASTILLO.
```

1          SO, RECOGNIZING THAT THERE IS A PLEA AGREEMENT HERE,
2   SIR, AT PRESENT IS IT YOUR INTENTION TO PLEAD NOT GUILTY UNTIL
3   FURTHER PROCEEDINGS WITH THE JUDGE?
4          THE DEFENDANT:  YES.
5          THE COURT:  OKAY.
6          ALL RIGHT.  THEN, I WILL ACCEPT A NOT-GUILTY PLEA FROM MR.
7   CASTILLO.
8          ALTHOUGH THERE ARE GOING TO BE FUTURE PROCEEDINGS
9   WITH JUDGE WILSON, LET THE PARTIES KNOW THAT IF THOSE
10  PROCEEDINGS DON'T GO THROUGH, THERE'S A JURY TRIAL SCHEDULED
11  FOR SEPTEMBER 27 AT 9:00 A.M. IN THIS MATTER.
12         HOWEVER, THE PARTIES ARE DIRECTED TO CONTACT JUDGE
13  WILSON'S COURTROOM DEPUTY CLERK.  THAT'S PAUL CRUZ.  PHONE
14  NUMBER 894-2881 TO PLEASE SET DATES FOR A CHANGE OF PLEA AND
15  FOR ALL FURTHER PROCEEDINGS.
16         THE PARTIES ARE ALSO REFERRED TO JUDGE WILSON'S
17  PROCEDURES AND SCHEDULES.
18         YOU CAN GET A COPY OF HIS DISCOVERY ORDER ON LINE AT
19  THE COURT'S WEBSITE CACD.USCOURTS.GOV.
20         JUDGE WILSON AS YOU PROBABLY KNOW SITS IN THE NEW
21  FEDERAL COURTHOUSE 350 WEST 1ST STREET IN LOS ANGELES.
22         AND HE SITS IN COURTROOM 10A.
23         SO, PLEASE CONTACT THE CLERK.  MAKE ARRANGEMENTS FOR
24  FUTURE PLEA HEARINGS.
25         OTHERWISE JURY TRIAL IS SEPTEMBER 27 AT 9:00 A.M.

| | |
|---|---|
| 1 | ANYTHING ELSE FOR THE GOVERNMENT, MS. MC KENNA? |
| 2 | MS. MC KENNA:  NO, YOUR HONOR. |
| 3 | THE COURT:  AND FOR THE DEFENSE, MS. LA BARRE? |
| 4 | MS. LA BARRE:  NO, YOUR HONOR. |
| 5 | THANK YOU. |
| 6 | THE COURT:  ALL RIGHT. |
| 7 | IN THAT CASE, THAT WILL BE IT |
| 8 | MR. CASTILLO, GOOD LUCK, SIR. |
| 9 | THE DEFENDANT:  THANK YOU. |
| 10 | MS. LA BARRE:  THANK YOU, YOUR HONOR. |
| 11 | THE COURT:  WE'RE ADJOURNED. |
| 12 | THANKS. |
| 13 | (PROCEEDINGS CONCLUDED 11:42 A.M.) |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1

2        TRANSCRIBER'S CERTIFICATE

3        DISCLAIMER

4        THE INTEGRITY OF THIS TRANSCRIPT MAY BE ADVERSELY AFFECTED

5        DUE TO MUFFLED AND UNCLEAR AUDIO TRANSMISSION.

6        I, Dorothy Babykin, attest that the foregoing proceedings provided to me

7   electronically were transcribed by me to the best of my ability.

8                /s/  *Dorothy Babykin*

9

10                Dorothy Babykin

11
    Date: 4/15/2023

12

13

14

15

16

17

18

19

20

21

22

23

24

25